AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Adams, John R | 2. Court or Organization  U. S. District Court, Ohio | 3. Date of Report  05/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge, Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  510 U.S. Court House  Two South Main St.  Akron, Ohio 44308-1813 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian | Guardianship #1 (See Part VIII) |
| 2. President/Board Member | Summit County Mental Health Association (See Part VIII) |
| 3. Trustee | Akron Bar Association |
| 4. Trustee/Vice President | Akron Roundtable (See Part VIII) |
| 5. Adjunct Professor/Part-time Faculty Member (Commencing January 2007) | University of Akron, School of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 10: 24 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/08/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Valley Savings Bank | Mortgage on Residence/Rental (Duplex) | N |
| 2. | Keybank | Credit Line | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Fairlawn, Ohio | D | Rent | N | Q | | | | | See VIII |
| 2. First Merit Common Stock | A | Dividend | K | T | | | | | |
| 3. Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 4. Stifel Nicolas: Fidelity Contrafund | A | Dividend | J | T | Sell | 2/15 | J | A | |
| 5. Stifel Nicolas: Fidelity Contrafund | | | | | Sell | 7/06 | J | B | |
| 6. Northwestern Mutual Life Ins. (Whole Life) No. 1 | A | Dividend | J | T | | | | | |
| 7. Northwestern Mutual Life Insurance (Whole Life) No. 2 | A | Dividend | J | T | | | | | |
| 8. Janus Growth & Income Fund | A | Dividend | K | T | Sell | 7/5 | J | D | |
| 9. AmCap Fund Inc. CL F | A | Dividend | J | | | | | | |
| 10. American Balanced Fund Inc. Cl f | A | Dividend | J | T | | | | | |
| 11. American High Inc. Tr Cl F | A | Dividend | J | T | | | | | |
| 12. Vanguard Explorer Fund | A | Dividend | J | T | Sell | 10/5 | J | A | |
| 13. Eaton Vance World Wide Health Sciences | A | Dividend | J | T | | | | | |
| 14. Fidelity Advisor Fund Cl A | A | Dividend | J | T | | | | | |
| 15. Northwestern Mutual Inv. Services Gen. MNY MKT Fund | A | Interest | J | T | | | | | |
| 16. Valley Savings Bank Checking | A | Interest | J | T | | | | | |
| 17. Retirement Account | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Merit Common Stock | A | Dividend | J | T | | | | | |
| 19. AMCAP Fund Class F | A | Dividend | K | T | | | | | |
| 20. American High Income Tr. Cl F | B | Dividend | K | T | | | | | |
| 21. American Balanced Fund Cl. F | B | Dividend | K | T | | | | | |
| 22. Vanguard Explorer Fund | B | Dividend | K | T | | | | | |
| 23. Eaton Vance World Wide Health Sciences | A | Dividend | J | T | | | | | |
| 24. Fidelity Advisor Fund Cl A | A | Dividend | K | T | Sale | 7/12 | J | A | |
| 25. Remainder Int. in ▓▓▓▓ Ohio ▓▓▓ | | | | | | | | | See VII |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part 1, page 1, line 1--Guardianship #1 - The undersigned serves as Guardian of the Person (medical & personal decisions only, not financial). Ward is physically and mentally disabled as a result of cerebral palsy. The undersigned has served as Guardian since 1984.

2) Part 1, page 1, line 2--Board Member and President of the Summit County Mental Health Association, a non-paying position of a non-profit organization. Tenure ended in July 2007.

3) Part 1, page 1, line 4--The Akron Rountable is a non-profit organization that provides a monthly current issues forum for purpose of presenting prominent speakers to the Akron and Northeast Ohio Area.

4) Part VII, page 4, line 1--Rental property (duplex) was appraised as part of refinancng in June/July 2003

5) Part VII, page 5, line 23, Remainder interest in real estate subject to ███████ ████████ members.

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/08/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat_____ Date  5-8-07

NOTE: ANY INDIVIDUAL _____ FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544